**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAROSLAVA SHAHIN,                                    CASE NO.:

      Plaintiff,

vs.

DISCOVER FINANCIAL SERVICES, LLC,          <u>DEMAND FOR JURY TRIAL</u>

      Defendant.

_____/

## <u>COMPLAINT</u>

**COMES NOW,** Plaintiff, JAROSLAVA SHAHIN (hereafter "Plaintiff"), by and through undersigned counsel, hereby sues Defendant, DISCOVER FINANCIAL SERVICES, LLC (hereafter "DISCOVER") and states as follows:

## <u>PRELIMINARY STATEMENT</u>

This action arises out of Defendant's violations of the Florida Consumer Collection Practices Act, Florida Statute §§ 559.55 *et seq.* (hereafter the "FCCPA") and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (hereafter the "TCPA").

## <u>GENERAL ALLEGATIONS</u>

1.     Plaintiff is an individual residing in Hillsborough County, Florida.

2.     This is an action for damages greater than $15,000.00.

3.     DISCOVER is a foreign limited liability company as registered with Florida Department of State, Division of Corporations.

4.     DISCOVER is a "Creditor", as defined by the FCCPA, Fla. Stat. § 559.55(5) and does business throughout the state of Florida, including Hillsborough County, Florida.

5.     The debt is a "consumer debt" as defined by the FCCPA, Florida Statute §559.55(6).

6.     Plaintiff is a "consumer" as defined by the FCCPA, Florida Statute § 559.55(8).

7.     DISCOVER is a "person" subject to regulations under the Fla. Stat. § 559.72.

### FACTUAL ALLEGATIONS

8.     It is alleged by DISCOVER that Plaintiff owes a debt to DISCOVER relating to a Discover Bank, Account No. ending in -6153.

9.     Plaintiff revoked any prior express consent to contact Plaintiff via cell phone or any other form of communication on July 3, 2014 at 10:23 A.M. through a facsimile transmission to Defendant, DISCOVER'S facsimile no. (801) 902-4650.  *See* Exhibit "A."

10.    The following phone numbers, (623) 643-2728, (623) 643-2727, (623) 643-2726, (623) 643-2711, (623) 643-2415, (623) 643-2547, (623) 643-2704 are phone numbers of Defendant, DISCOVER.

11.    Plaintiff's home telephone number is (813) 510-3566.

12.    Plaintiff's cellular telephone number is (727) 455-5605.

13.    Defendant, DISCOVER, used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls from (623) 643-2728, (623) 643-2727, (623) 643-2726, (623) 643-2711, (623) 643-2415, (623) 643-2547, (623) 643-2704 to Plaintiff's cellular telephone on the following dates and times listed on the call logs of Plaintiff attached as Exhibit "B."

14.    Defendant, DISCOVER, used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls from (623) 643-2726, (623) 643-2415,

(623) 643-2547, (623) 643-2704 to Plaintiff's home telephone on the following dates and times

listed on the call logs of Plaintiff attached as Exhibit "C."

15.    Defendant, DISCOVER, knowingly or willfully called Plaintiff's cellular

telephone from telephone numbers (623) 643-2728, (623) 643-2727, (623) 643-2726, (623) 643-

2711, (623) 643-2415, (623) 643-2547, (623) 643-2704 after Defendant had unequivocal notice

that Plaintiff was represented by an attorney and could readily ascertain the Firm's contact

information.

16.    Plaintiff's attorney did not fail to respond within a reasonable period of time to

any communication from Defendant, did not consent to Defendant's direct communication with

Plaintiff, and Plaintiff did not initiate any communications.

17.    None of Defendant's telephone calls placed to Plaintiff were for "emergency

purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

18.    None of Defendant's telephone calls placed to Plaintiff were made with Plaintiff's

"prior express consent" as specified in 47 U.S.C. § 227 (b)(1)(A).

19.    All conditions precedent to the filing of this lawsuit have been performed or have

occurred.

## COUNT I

## VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(7)

### (PLAINTIFF V. DISCOVER)

20.    Plaintiff incorporates all allegations in paragraphs 1-19 as if stated fully herein.

21.    Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

22.    DISCOVER violated Florida Statute § 559.72(7) when it willfully communicated

with the Plaintiff with such frequency as can reasonably be expected to abuse or harass Plaintiff.

23.    Specifically, DISCOVER continued to make numerous telephone calls to

Plaintiff's cellular telephone after being notified to no longer call Plaintiff through any means.

**WHEREFORE**, Plaintiff, JAROSLAVA SHAHIN, demands judgment against Defendant, DISCOVER FINANCIAL SERVICES, LLC, for the following relief:

a.      any actual damages sustained by Plaintiff as a result of the above allegations;

b.      additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c.      pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff whole;

d.      in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff; and

e.      any other relief the court deems just and proper.

## COUNT II

### VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(18)

### (PLAINTIFF V. DISCOVER)

24.      Plaintiff incorporates all allegations in paragraphs 1-19 as if stated fully herein.

25.      Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

26.      DISCOVER violated the FCCPA, Fla. Stat. § 559.72(18), when it knowingly communicated with Plaintiff after it knew Plaintiff was represented by counsel and could reasonably ascertain the name and address of counsel.

27.      Specifically, DISCOVER continued to place phone calls to Plaintiff's cellular telephone despite having actual knowledge that Plaintiff was represented by an attorney.

**WHEREFORE**, Plaintiff, JAROSLAVA SHAHIN, demands judgment against Defendant, DISCOVER FINANCIAL SERVICES, LLC, for the following relief:

a.      any actual damages sustained by Plaintiff as a result of the above allegations;

b.      additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c.      pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff whole;

d.      in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff; and

e.      any other relief the court deems just and proper.

## COUNT III

### VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

### (PLAINTIFF V. DISCOVER)

28.     Plaintiff incorporates all allegations in paragraphs 1-19 as if stated fully herein.

29.     Jurisdiction is proper, pursuant to 47 U.S.C. § 227(b)(3).

30.     DISCOVER used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Plaintiff's cellular telephone.

31.     DISCOVER independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that DISCOVER placed to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

32.     The phone calls made by DISCOVER are considered willing and knowing violations of the TCPA, as DISCOVER is a sophisticated credit lender that is well aware of the TCPA and its prohibitions.

**WHEREFORE**, Plaintiff, JAROSLAVA SHAHIN, demands judgment against Defendant, DISCOVER FINANCIAL SERVICES, LLC, for the following relief:

a.      statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring after July 3, 2014;

b.      an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of DISCOVER'S independent violations were made willfully or knowingly; and

c.      any other relief the court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues.

Date: **April 27, 2015**                    Respectfully Submitted,

/s/ Christopher W. Boss         _____
Christopher W. Boss, Fla. Bar No.: 013183
**Boss Law PLLC**
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Email: CWBservice@protectyourfuture.com
Service Email: cpservice@protectyourfuture.com
Phone: (727) 471-0039
Fax:    (888) 503-2182
**Attorney for Plaintiff**